# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM R ROY, <br><br> Plaintiff, <br><br> v. <br><br> DAVID N WADE, et al., <br><br> Defendants. | Civil Action No. 12-322 (PGS) <br><br> **ORDER** |

A Report and Recommendation was filed on June 19, 2013 recommending that Plaintiff be permitted to withdraw his Complaint and that this matter be closed. No objections having been received, and the Court having reviewed the Report and Recommendation de novo, and good cause appearing;

It is, on this 2nd day of October, 2013,

**ORDERED** that the Report and Recommendation of Magistrate Judge Tonianne J. Bongiovanni at docket entry 34 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that that Plaintiff's Amended Complaint be dismissed without prejudice pursuant to Fed. R.Civ. P. 41(a)(2); and it is further

**ORDERED** that the Clerk of the Court terminate the State Defendants' motion to dismiss (Docket Entry No. 24).

_____
PETER G. SHERIDAN, U.S.D.J.